# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS C. HEUMANN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TAMMIE LEE ASANTI (fka TAMMIE LEE HEUMANN, <br><br> Defendant. | Case No.: 19-CV-1119 W (MSB) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 19]** |
| And Related Actions. | |

The parties have filed a joint motion to dismiss. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 19] and **DISMISSES** this case **WITH PREJUDICE**. Each side shall bear his, her or its own costs.

Additionally, pursuant to parties' agreement, Magistrate Judge Michael S. Berg shall retain jurisdiction for one year from the date of this order to decide:

(1) all disputes regarding settlement terms arising during the documentation thereof not resolved by the parties themselves; and,

(2) all disputes arising out of the terms of the settlement agreement once completed.

Any decision by Magistrate Judge Berg regarding any such dispute listed above shall be final and binding

**IT IS SO ORDERED**.

Dated: December 17, 2019

_____
Hon. Thomas J. Whelan
United States District Judge

2

19-CV-1119 W (MSB)